# United States Bankruptcy Court
## District of Nevada

### Case No. 10–24354–mkn
#### Chapter 7

In re: (Name of Debtor)

| | |
|---|---|
| MOHAMMAD S. ALAM | DILARA B ALAM |
| 6451 HUMMINGBIRD LN | 6451 HUMMINGBIRD LN |
| LAS VEGAS, NV 89103 | LAS VEGAS, NV 89103 |

Social Security No.:

| | |
|---|---|
| xxx–xx–8686 | xxx–xx–7743 |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 11/5/10                                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court